PROB 12C
(7/93)

Report Date: October 10, 2013

## United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Sarah X. Weiland                Case Number: 0980 2:10CR00010-001

Address of Offender: Spokane County Jail

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: August 12, 2010

| | | |
|---|---|---|
| Original Offense: | Mail Theft, 18 U.S.C. § 1708 | |
| Original Sentence: | Prison - 18 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Timothy J. Ohms | Date Supervision Commenced: December 2, 2011 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: December 1, 2014 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

1               **Mandatory Condition # 2**: The offender shall not commit another Federal, state, or local crime.

                **Supporting Evidence**: On October 9, 2013, the offender was contacted by Spokane Police in reference to a complaint regarding vehicle prowling. The complainant had caught the offender prowling his vehicle, and held her at the location until law enforcement arrived. Ms. Weiland was subsequently arrested and booked into the Spokane County Jail for possession of a controlled substance (methamphetamine), in violation of RCW 69.50.4014, a class C felony, punishable by up to 5 years in prison. The police incident report indicates she was also charged with second degree vehicle prowling, and possession of burglary tools, both gross misdemeanors, punishable by up to 1 year in jail.

2               **Mandatory Condition # 2**: The offender shall not commit another Federal, state, or local crime.

                **Supporting Evidence**: On August 27, 2013, Ms. Weiland was cited and released for theft at a Rosauers Supermarket in Spokane, Washington.

Prob12C
Re: Weiland, Sarah X.
October 10, 2013
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/10/2013

s/Matthew L. Thompson

Matthew L. Thompson
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

James P. Hutton
Signature of Judicial Officer - USMJ

10/11/13
Date