PROB 12C
(7/93)

Report Date: October 22, 2013

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 24 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Sarah X. Weiland | Case Number: 0980 2:10CR00010-001 |

Address of Offender: Spokane County Jail

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: August 12, 2010

| | | |
|---|---|---|
| Original Offense: | Mail Theft, 18 U.S.C. § 1708 | |
| Original Sentence: | Prison - 18 months;  TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Timothy J. Ohms | Date Supervision Commenced: December 2, 2011 |
| Defense Attorney: | Jaime M. Hawk | Date Supervision Expires: December 1, 2014 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/10/2013.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 3**: The offender shall not illegally possess a controlled substance. |
| | **Supporting Evidence**: Sarah X. Weiland was arrested on October 9, 2013, for possession of a controlled substance (methamphetamine).  According to a police report dated October 9, 2013, Sarah X. Weiland was searched and found to be in possession of a small vial of white crystalline substance, which field tested positive for methamphetamine.  After removing Ms. Weiland from the police vehicle at the Spokane County Jail for booking, police searched said vehicle and found 2 small baggies that had been tucked down the crack of the seat, which field tested positive for methamphetamine.  Police vehicle seats are searched after an offender is removed; therefore, police know when the next person enters the same seat, it is clear of any contraband. |

Prob12C
Re: Weiland, Sarah X.
October 22, 2013
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    10/22/2013

s/Anne L. Sauther

Anne L. Sauther
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

Edward F. Shea

Signature of Judicial Officer

October 24, 2013

Date